JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALEXANDER ACIMOVIC, ASBET PETROSSIAN, SEBSBIE ZEWDIE DESTA, TREVOR BRATHWAITE and EVAN LANDY,

Plaintiff,

v.

CLS TRANSPORTATION OF LOS ANGELES, LLC, a Delaware limited liability company; CLS WORLDWIDE SERVICES, LLC, a Delaware limited liability company; EMPIRE INTERNATIONAL LTD, a New Jersey limited partnership; EMPIARE/CLS WORLDWIDE CHAUFFEURED SERVICES a business entity form unknown; CLS BCP Inc., a Delaware corporation; GTS HOLDINGS, INC., a Delaware corporation, DAVID SEELINGER, an individual; BRUCE CARDENAS, an individual; ROD RAVE, an individual; and DOES 1 through 50, inclusive,

Defendants.

Case No. CV12-9025-R

ASSIGNED FOR ALL PURPOSES TO JUDGE MANUAL L. REAL

**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WHILE THE PARTIES SUBMIT ENTIRE ACTION TO ARBITRATION, WITHOUT PREJUDICE**

Complaint Filed: June 11, 2012 (originally filed in Los Angeles Superior Court)

Trial Date: November 5, 2013

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308

The Court, having read and considered the Stipulation of Plaintiffs Alexander Acimovic, Asbet Petrossian, Sebsbie Zewdie Desta, Trevor Brathwaite and Evan Landy and Defendants CLS Transportation Los Angeles, LLC (erroneously sued as "CLS Transportation of Los Angeles, LLC"), CLS Worldwide Services, LLC and David Seelinger ("Defendants") (collectively, the "Parties"), to Stay the Entire Action While the Parties Submit the Entire Action to Arbitration, and good cause appearing,

**IT IS HEREBY ORDERED** that the above captioned action on file with the above-entitled Court in Case No. CV12-9025-R is DISMISSED pending the resolution of the dispute between the parties through arbitration. Each party is to bear its own respective costs of suit and attorneys' fees in the instant civil action only (not applicable to the arbitration proceedings), without prejudice for any party to move to reopen the action at the conclusion of arbitration, if all issues are not resolved by the arbitration.

**IT IS SO ORDERED.**

Dated: __June 10, 2013__ ____________________________________

HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Firmwide:120849303.1 059667.1010

LITTLER MENDELSON, P.C.
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308